| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  ANDERSON, III, ROBERT L. | 2. Court or Organization  11TH CIR. COURT OF APPEALS | 3. Date of Report  05/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address  56 Forsyth Street, N.W. Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. FELLOW | AMERICAN BAR FOUNDATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 10 A 11: 55 FINANCIAL DISCLOSURE OFFICE

Anderson III, Robert L.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Law Clerks | Judicial Ass't and Retired Judicial Ass't organized a law clerk reunion to celebrate | $2,000.00 |
| 2. | | my taking senior status (and 30 yrs. service on the court). Anonymous contributions | |
| 3. | | created a $2000 gift presented to me on the 2-09 occasion to encourage an Alaskan | |
| 4. | | fishing trip. See Cmpendium Section 4.8-8 (2009); Instructions at 30. | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 3. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 5. Exxon (common) | A | Dividend | K | T | | | | | |
| 6. Fidelity Magellan Mutual Fund | A | Dividend | | | Sold | 5/11/09 | L | A | |
| 7. Fidelity Cash Reserves (money mutual fund) | A | Dividend | | | Redeemed | 4/9/09 | J | A | |
| 8. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 9. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | B | Dividend | K | T | | | | | |
| 10. MFS Managed Mu. Bd. Trust (mutual fund) | B | Dividend | L | T | | | | | |
| 11. TIAA-CREF (see VIII) | C | Dividend | L | T | | | | | |
| 12. House and lot, Bibb County, GA | A | Rent | M | W | | | | | |
| 13. SunTrust Bank (common) | A | Dividend | J | T | | | | | |
| 14. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 15. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 16. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 17. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)
A  $1,000 or less
B  $1,001 - $2,500
C  $2,501 - $5,000
D  $5,001 - $15,000
E  $15,001 - $50,000
F  $50,001 - $100,000
G  $100,001 - $1,000,000
H1  $1,000,001 - $5,000,000
H2  More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J  $15,000 or less
K  $15,001 - $50,000
L  $50,001 - $100,000
M  $100,001 - $250,000
N  $250,001 - $500,000
O  $500,001 - $1,000,000
P1  $1,000,001 - $5,000,000
P2  $5,000,001 - $25,000,000
P3  $25,000,001 - $50,000,000
P4  More than $50,000,000

3. Value Method Codes (See Column C2)
Q  Appraisal
R  Cost (Real Estate Only)
S  Assessment
T  Cash Market
U  Book Value
V  Other
W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 19. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 20. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 21. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 22. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 23. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 24. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 25. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 26. The Phoenix Co. | A | Dividend | J | T | | | | | see part VIII |
| 27. The Phoenix Co. (whole life) | A | Dividend | J | T | | | | | See Part VIII |
| 28. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 29. SunTrust Bank CD | B | Interest | | | Redeemed | 7/24/09 | L | A | |
| 30. SunTrust Bank - money market | B | Interest | K | T | | | | | |
| 31. RLA/Chas Schwab Cust-IRA rollover | | | | | | | | | See Part VIII |
| 32. Schwab Value Advantage | A | Interest | | | Sold | 3/11/09 | L | A | See part VIII |
| 33. | | | | | | | | | See Part VIII |
| 34. DFA U.S. Large Cap Value | A | Dividend | K | T | | | | | |

| 1  Income Gain Codes. | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D - $5,001 - $15,000 | E - $15,001 - $50,000 |
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 - $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2  Value Codes | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M - $100,001 - $250,000 | |
| (See Columns C1 and D3) | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 - $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3  Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Growth | A | Dividend | K | T | | | | | |
| 36. DFA Two Year Global | A | Dividend | K | T | Buy | 7/27/09 | K | | |
| 37. Harbor Bond Fund | B | Dividend | K | T | Sold (part) | 11/25/09 | K | A | |
| 38. Pimco Total Return Fund | A | Dividend | J | T | | | | | |
| 39. Schwab S&P 500 Index Fund (formerly Schwab Inst. (ISLCX)) | B | Dividend | L | T | | | | | See Part VIII |
| 40. Vanguard GNMA Fund | A | Dividend | K | T | Buy | 3/12/09 | K | | |
| 41. | | | | | | | | | See Part VIII |
| 42. | | | | | • | | | | See Part VIII |
| 43. | | | | | | | | | See Part VIII |
| 44. | | | | | | | | | See Part VIII |
| 45. Sch Muni Money Fund | A | Interest | J | T | | | | | |
| 46. | | | | | | | | | See Part VIII |
| 47. First City Bank (CD) | A | Interest | | | Redeemed | 1/2/09 | K | | See Park VIII |
| 48. First City Bank (CD) | A | Interest | | | Redeemed | 1/2/09 | J | | See Park VIII |
| 49. Pemco Commodity Real Fund (PCRDX) | A | Dividend | K | T | Buy | 11/25/09 | K | | |
| 50. Vanguard Bond Index Fund (BSV) | A | Dividend | K | T | Buy | 7/29/09 | K | | |
| 51. Schwab GNMA Fund (SWGSX) | A | Dividend | J | T | Buy | 11/29/09 | J | | |

1. Income Gain Codes: A · $1,000 or less | B · $1,001 - $2,500 | C · $2,501 - $5,000 | D · $5,001 - $15,000 | E · $15,001 - $50,000
(See Columns B1 and D4) F · $50,001 - $100,000 | G · $100,001 - $1,000,000 | H1 · $1,000,001 - $5,000,000 | H2 · More than $5,000,000
2. Value Codes: J · $15,000 or less | K · $15,001 - $50,000 | L · $50,001 - $100,000 | M · $100,001 - $250,000
(See Columns C1 and D3) N · $250,001 - $500,000 | O · $500,001 - $1,000,000 | P1 · $1,000,001 - $5,000,000 | P2 · $5,000,001 - $25,000,000
P3 · $25,000,001 - $50,000,000 | P4 · More than $50,000,000
3. Value Method Codes: Q · Appraisal | R · Cost (Real Estate Only) | S · Assessment | T · Cash Market
(See Column C2) U · Book Value | V · Other | W · Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. SPDR S&P Int'l Small Cap Fund (GWX) | A | Dividend | K | T | Buy | 5/20/09 | K | | |
| 53. Vanguard Emerging Mkt Fund (VWO) | A | Dividend | K | T | Buy | 5/20/09 | K | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A -$1,000 or less | B -$1,001 - $2,500 | C - $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G  $100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2. Value Codes | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C1 and D3) | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1 $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| | P3  $25,000,001 - $50,000,000 | | P4  More than $50,000,000 | | |
| 3 Value Method Codes | Q  Appraisal | R - Cost (Real Estate Only) | S - Assessment | T  Cash Market | |
| (See Column C2) | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part V.  Law Clerk Gift.  the audit software thought something was missing (probably because description extended into lines 2-4), but nothing is missing; there was only one gift.

Part VII, Lines 26 and 27.  Phoenix Co.  As explained in 2008 Report, Phoenix whole life policies were disposed of in 2008 in a Sec. 1035 non-taxable exchange. However, my wife and I have as yet omitted to dispose of the minimal common stock we each had with respect to the two former Phoenix policies.  Thus, I report common stock now.

Part VII, Line 31, is simply a heading to disclose that the following items (lines 32-50) that describe holdings or transactions in the IRA during 2009.

Part VII, Line 32, Schwab Value Advantage is a cash equivalent account into which my IRA parks cash until further investment.This account was sold in part on 3/11/09 and sold/closed out on 7/27/09.

Part VII.  Lines 33, 41-44 and 46 are left blank so numbering of lines 1-48 will remain consistent with 2008 Report.

Part VII, Line 39.  Schwab S&P 500 Index Fund (Symbol SWPPX) was the successor in a merger with Schwab Institutional (Symbol ISLCX) which was listed at line 39 of my 2008 Report.

Part VII, Lines 47 and 48.  First City Bank CD's.  These two CD's were redeemed on 1/2/09.

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 05/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544